# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA TALLAHASSEE DIVISION

**JAMES WYMER,**

    **Plaintiff,**

**VS.**                                **Case No. 4:16cv154-RH/CAS**

**LEON COUNTY LIBRARY,**
**VINCENT S. LONG, et al.,**

    **Defendants.**

_____/

## ORDER and REPORT AND RECOMMENDATION

Plaintiff, proceeding pro se, submitted a civil rights complaint, ECF No. 1, and a motion seeking leave to proceed in forma pauperis, ECF No. 2. Good cause having been shown, the motion is granted and the Clerk of Court shall file the complaint without requiring payment of the filing fee.

Plaintiff's complaint, ECF No. 1, has been reviewed. Plaintiff names four Defendants in Section II of the complaint form, ECF No. 1 at 2, three of which appear to be employed at the Leon County Library. The fourth Defendant, Vincent Long, is alleged to be the Public Administrator for Leon County. *Id.* Plaintiff does not present any factual allegations which state

what any named Defendant did or failed to do.  Instead, Plaintiff's complaint generally alleges a bizarre conspiracy, claiming the library is "recording" Plaintiff's emails to the President of the United States. *Id.* at 3. Plaintiff contends that his computer will be turned off, but the mouse moves by itself and changes his emails before they are sent.  *Id.*

Plaintiff's complaint does not allege the violation of any federal constitutional right and, thus, the complaint fails to state a claim under 42 U.S.C. § 1983.  Additionally, Plaintiff does not allege sufficient facts to show a conspiracy under 18 U.S.C. § 241 because there is no private right of action under that criminal statute.  Payne v. Allen, No. 2:08-CV-0296-WKW, 2008 WL 2326327, at *2 (M.D. Ala. June 3, 2008).  Because the complaint fails to state a claim and no plausible claims are evident, further leave to amend is not required.  This case should be summarily dismissed.[1]

Accordingly, it is **ORDERED** that Plaintiff's motion seeking leave to proceed in forma pauperis, ECF No. 2, is **GRANTED**.

---

[1] Judicial notice is taken that Plaintiff recently filed 14 cases, filing 11 cases on March 14 or 15, 2016, then 2 more cases on March 23, 2016, and one more case on March 25, 2016.

Case No. 4:16cv154-RH/CAS

It is respectfully **RECOMMENDED** that Plaintiff's complaint, ECF No. 1, be **DISMISSED** as frivolous and because it fails to state a claim upon which relief may be granted.

**IN CHAMBERS** at Tallahassee, Florida, on April 18, 2016.

   s/    Charles A. Stampelos
**CHARLES A. STAMPELOS**
**UNITED STATES MAGISTRATE JUDGE**

### NOTICE TO THE PARTIES

**A** party may file specific, written objections to the proposed findings and recommendations within 14 days of this Report and Recommendation. Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.